**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

KELLY BLAND, individually and on
behalf of all other similarly situated,

       Plaintiff,                        Case No.: 1:26-cv-01375-MJM

       v.

CLEARONE ADVANTAGE LLC,

       Defendant.

_____/

**DEFENDANT CLEARONE ADVANTAGE LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant ClearOne Advantage LLC ("ClearOne"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq*., herein serves this Unopposed Motion for Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

1.      On April 8, 2026, Plaintiff Kelly Bland ("Bland") filed her titled Class Action Complaint (the "Complaint"). [D.E. 1].

2.      On April 9, 2026, the Clerk issued an electronic summons to Bland. [D.E. 2].

3.      On April 21, 2026, before ClearOne's undersigned counsel was engaged on the matter, ClearOne agreed to a waiver of the service of the summons, setting ClearOne's response to the Complaint due on or before Monday, June 22, 2026.

4.      On June 9, 2026, ClearOne's counsel, now retained, conferred with Bland's counsel and requested an extension of time to respond to the Complaint through Tuesday, July 21, 2026. Bland's counsel does not oppose, and agrees to, the relief sought herein.

5.      ClearOne asserts that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the

undersigned must meet with its client and assess the relevant facts and evidence, review the relevant documentation and allegations in the Complaint, analyze the claims to formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and 47 C.F.R. § 64.1200. Additionally, undersigned counsel already has several deadlines pending in both state courts and federal courts during the next 30 days.

6.    No party will be prejudiced by the requested 30-day extension of time.

**WHEREFORE**, Defendant ClearOne Advantage LLC respectfully requests the Court to grant this Motion and enter an order, providing that Defendant ClearOne Advantage LLC shall respond to the Complaint by Tuesday, July 21, 2026.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Defendant ClearOne Advantage LLC herein certifies that counsel for the parties conferred in good faith and that Plaintiff Bland's counsel has agreed to a 30-day extension of time to respond to the Complaint by Tuesday, July 21, 2026.

Date: June 15, 2026

Respectfully submitted,

By: */s/ Nicole Lipinski*
**NICOLE LIPINSKI**
Maryland Bar Id. 0106200158
Nicole.Lipinski@gmlaw.com
**GREENSPOON MARDER LLP**
201 International Circle, Suite 230
Hunt Valley, MD 21030
Direct Phone Number: (888) 491-1120

**JEFFREY GILBERT (Pro Hac Vice to be Filed)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor

2

Miami, FL 33131
Direct Phone Number: 305-789-2761
*Attorneys for Defendant ClearOne Advantage LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Nicole Lipinski*
Nicole Lipinski
 Maryland Bar Id. 0106200158

3