## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

KELLY BLAND, individually and on
behalf of all other similarly situated,

      Plaintiff,                    Case No.: 1:26-cv-01375-MJM

      v.

CLEARONE ADVANTAGE LLC,

      Defendant.

_____/

## PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**THIS MATTER** came before the Court upon Defendant ClearOne Advantage LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and this Court, having reviewed the motion and relevant filings,

**ORDERS** as follows:

1.     Defendant ClearOne Advantage LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is **GRANTED.**

2.     Defendant ClearOne Advantage LLC's response to the Complaint is due by Tuesday, July 21, 2026.

**IT IS SO ORDERED.**

     **DATED** this _____ day of June, 2026.


_____
Honorable Matthew J. Maddox
United States District Judge