**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

KELLY BLAND, individually and on
behalf of all other similarly situated,

       Plaintiff,                  Case No.: 1:26-cv-01375-MJM

       v.

CLEARONE ADVANTAGE LLC,

       Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

**THIS MATTER** came before the Court upon Defendant ClearOne Advantage LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and this Court, having reviewed the motion and relevant filings,

**ORDERS** as follows:

1.     Defendant ClearOne Advantage LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is **GRANTED.**

2.     Defendant ClearOne Advantage LLC's response to the Complaint is due by Tuesday, July 21, 2026.

**IT IS SO ORDERED.**

     **DATED** this __22nd__ day of June, 2026.


                       _____/s/_____
                       Honorable Matthew J. Maddox United
                       States District Judge