## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Kelly Bland                                    *

**Plaintiff,**

                                               *

**v.**                                         **Case No.** 1:26-cv-01375-MJM

                                               *

ClearOne Advantage LLC

**Defendant.**                                 *

### MOTION FOR ADMISSION PRO HAC VICE

I, Nicole Lipinski _____, am a member in good standing of the bar of this

Court.  I am moving the admission of Jeffrey Gilbert _____

to appear pro hac vice in this case as counsel for ClearOne Advantage LLC _____.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Florida Bar; Admitted October 28, 1983 | Northern District of Florida; Admitted August 1, 2005 |
| | Middle District of Florida; Admitted April 6, 2005 |
| | Southern District of Florida; Admitted November 27, 1984 |
| | U.S. Court of Appeals 11th Circuit Admitted May 1, 2024 |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 _____ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __n/a_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

/s/ Nicole Lipinski
_____
Signature

Nicole Lipinski
_____
Printed name and bar number

Greenspoon Marder LLP
_____
Office name

201 International Circle, Ste 230 Hunt Valley, MD 21030
_____
Address

(410) 891-5870
_____
Telephone number

n.a
_____
Fax Number

nicole.lipinski@gmlaw.com
_____
Email Address

PROPOSED ADMITTEE

_____
Signature

Jeffrey Gilbert
_____
Printed name

Greenspoon Marder LLP
_____
Office name

600 Brickell Avenue, Suite 3600 Miami, FL 33131
_____
Address

(305) 789-2761
_____
Telephone number

n.a
_____
Fax Number

jeffrey.gilbert@gmlaw.com
_____
Email Address