**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Kelly Bland

**Plaintiff,**

    **v.**

ClearOne Advantage, LLC

**Defendant.**

\*

\*

\*

\*

\*

**Case No.** 26-cv-01375

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____

(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with ClearOne Advantage, LLC :

(name of party)

BP Crystal LLC (parent company) .

(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .

(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

2

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                                              (state of citizenship)


_____          _____
(name of member)                                              (state of citizenship)


_____          _____
(name of member)                                              (state of citizenship)


_____          _____
(name of member)                                              (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


June 29, 2026

_____          _____
Date                                                        Signature

                                                         Nicole L. Lipinski; Maryland Bar No.: 0106200158
                                                         _____
                                                         Printed name and bar number

                                                         201 International Circle, Suite 230 Hunt Valley, MD 21030
                                                         _____
                                                         Address

                                                         nicole.lipnski@gmlaw.com
                                                         _____
                                                         Email address

                                                         (410) 891-5870
                                                         _____
                                                         Telephone number

                                                         n/a
                                                         _____
                                                         Fax number