**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

KELLY BLAND, individually and on
behalf of all other similarly situated,

        Plaintiff,                        Case No.: 1:26-cv-01375-MJM

        v.

CLEARONE ADVANTAGE LLC,

        Defendant.

_____/

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant ClearOne Advantage LLC ("ClearOne") through undersigned counsel and pursuant to Fed. R. Civ. P. 7(b) and 12(b), et seq. and District of Maryland Local Rule 105(1), moves to dismiss the claims in Plaintiff Kelly Bland's ("Bland") Class Action Complaint for failure to state a claim upon which relief can be granted as set forth in greater detail in the accompanying Memorandum of Law.

Date: July 21, 2026                      Respectfully submitted,

                                      By: */s/Jeffrey Gilbert*
                                      **JEFFREY GILBERT (Pro Hac Vice)**
                                      Florida Bar No. 375411
                                      jeffrey.gilbert@gmlaw.com
                                      melissa.fernandez@gmlaw.com
                                      **GREENSPOON MARDER LLP**
                                      600 Brickell Avenue, 36th Floor
                                      Miami, FL  33131
                                      Direct Phone Number: 305-789-2761

                                      **NICOLE LIPINSKI**
                                      Maryland Bar Id. 0106200158
                                      Nicole.Lipinski@gmlaw.com
                                      **GREENSPOON MARDER LLP**
                                      201 International Circle, Suite 230
                                      Hunt Valley, MD 21030
                                      Direct Phone Number: (888) 491-1120

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/Jeffrey Gilbert*
**Jeffrey Gilbert (Pro Hac Vice)**
Florida Bar No. 375411