## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

KELLY BLAND, individually and on
behalf of all other similarly situated,

        Plaintiff,                           Case No.: 1:26-cv-01375-MJM

        v.

CLEARONE ADVANTAGE LLC,

        Defendant.

_____/

## [PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

This Cause having come before the Court on Defendant ClearOne Advantage LLC's Motion to Dismiss the Complaint, and after consideration of the briefs and arguments of counsel and being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED**:

Defendant ClearOne Advantage LLC's Motion to Dismiss the Complaint for failure to state a claim is **GRANTED**, and all claims for relief against Defendant ClearOne Advantage LLC are hereby **DISMISSED.**

**DONE AND ORDERED** in Chambers this _____ day of _____, 2026.

 

_____
Judge Matthew J. Maddox
United States District Judge