**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated, | Case No. 1:26-cv-01375-MJM |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **CLEARONE ADVANTAGE LLC** | |
| *Defendant.* | |

**[PROPOSED ORDER DENYING]**

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Motion to Dismiss, Plaintiff's opposition, and any response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
J.